EMIL TONETTI, Respondent, v. JOHN R. SHANNON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH FRANKENBERGER, Appellant, v. ALEXANDER SCHNELLER and Another, Executor and Executrix Respectively, etc., of BERNARD SCHNELLER, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHILDS COMPANY, Respondent, v. WILLIAM CHILDS and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD FREEMAN, Respondent, v. ERNEST MILLIER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MAY CARY, Appellant, against TEACHERS' RETIREMENT BOARD, Respondent.— Order affirmed, with fifty dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HUGH MONTAGUE and Others, Appellants, v. THOMAS F. COONEY and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of JOHN R. WILCOX, Appellant, against THE TEACHERS' RETIREMENT BOARD, a Domestic Corporation, Respondent.— Order affirmed, with fifty dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PHILIP GOODMAN, Respondent, v. THE AUTHORS' LEAGUE OF AMERICA, INC., and Another, Appellants.— Order modified so as to provide for the suspension of the declaration of bad standing pending the trial, and that nothing in the order shall be deemed to prevent the defendant The Dramatists' Guild of the Authors' League of America, Inc., from enforcing the terms of the Minimum Basic Agreement for any cause other than the failure to pay royalties which accrued on the plays here involved, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERNICE LEVENTHAL, Respondent, v. JACOB LIBERMAN and FANNIE LIBERMAN, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERNICE LEVENTHAL, Respondent, v. JACOB LIBERMAN and Another, Defendants, Impleaded with ROSE ALTMARK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.